Indiana Southern District Court of Indianapolis – Seventh Circuit

Kyle N. Callahan
15 Brown Street
Greendale, IN
47025

vs.

1:25-cv-00251-MPB-MJD

Donald J. Trump
J.D. Vance

## GRIEVANCE

In accordance with my First Amendment right to petition this government for a redress of my grievance, I state the following:

On January 6, 2021 Donald Trump engaged in insurrection.

Since January 6, 2021, Donald Trump and J.D. Vance have given aid and comfort to the insurrectionists.

Most recently, he has pardoned those who pleaded guilty or were found guilty of crimes related to the insurrection.

The 14th Amendment forbids the defendants from holding their respective offices.

Therefore, I demand that Donald Trump and J.D. Vance be declared illegitimate holders of their office and removed therefrom.

Please refund my filing cost.

Signed,

*[signature]*

Kyle N. Callahan



CINCINNATI OH 450
3 FEB 2025 PM 2 L

**FILED**
FEB 0 6 2025
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Indiana Southern District Court
Birch Bayh Federal building
46 East Ohio Street
Indianapolis, IN 46204

46204-192291

Kyle Callahan
15 Brown Street
Greendale, IN 47025